# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **REMARKABLE HEALTHCARE OF CARROLLTON, LP et al.[1]**, | § § § § § | Chapter 11<br>Case No. 18-40295<br>(Jointly Administered) |
| **Debtors.** | § § | |
| **LARRY A. LEVICK, LITIGATION TRUSTEE OF THE UNSECURED CREDITORS' LITIGATION TRUST (A/K/A THE REMARKABLE LITIGATION TRUST),** | § § § § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **ADVERSARY No. 20-04018** |
| **AUSTRALIAN CAPITAL EQUITY (USA), INC.,** | § § § § | |
| **Defendant.** | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE AND CLOSE ADVERSARY PROCEEDING

**CAME ON FOR CONSIDERATION** the *Motion to Dismiss with Prejudice and Close Adversary Proceeding* ("**Motion**") filed by Larry A. Levick, Litigation Trustee of the Unsecured Creditors' Litigation Trust (a/ka/ The Remarkable Litigation Trust) ("**Trustee**") for the Bankruptcy Estate of Remarkable Healthcare of Carrollton, LP and the related affiliates, seeking the dismissal with prejudice and closure of the above entitled and numbered adversary matter.  The Court, having

---

[1] The Debtors in these jointly-administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth, LP (1650), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

considered the Motion and finding that good cause exists for granting same, is of opinion that said Motion should be, and hereby is, granted. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that the *Trustee's Motion to Dismiss with Prejudice and Close Adversary Proceeding* is GRANTED. It is further

**ORDERED, ADJUDGED and DECREED** that the Trustee's claims for relief against Defendant Green Mountain Energy Company in Adversary No. 20-04018 are dismissed with prejudice to the refiling of same. It is further

**ORDERED, ADJUDGED and DECREED** that each side shall bear its own costs. It is further

**ORDERED, ADJUDGED and DECREED** that Adversary No. 20-04018 shall be closed. Finally, it is further

**ORDERED, ADJUDGED and DECREED** that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**IT IS SO ORDERED.**

Signed on 8/24/2022

*Brenda T. Rhoades*    YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE